IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:12cv05

| | |
|---|---|
| MARK A. IPPOLITO, NEAL H. ULLMAN, and WILLIAM WRIGHT, ) ) ) ) Plaintiffs, ) ) vs. ) ) SUNTRUST BANK and ) APRIL KISSELBERG DAVIS, ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Dismiss without Prejudice [Doc. 20]. The Defendants do not object.

The Court finds for the reasons stated that the motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Dismiss without Prejudice [Doc. 20] is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice.

Signed: August 27, 2012

Martin Reidinger
United States District Judge