IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:12cv05

MARK A. IPPOLITO, )
NEAL H. ULLMAN, and )
WILLIAM WRIGHT, )
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　)
　　vs. ) **O R D E R**
　　　　　　　　　　　　　　　　)
SUNTRUST BANK and )
APRIL KISSELBERG DAVIS, )
　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Dismiss without Prejudice [Doc. 20]. The Defendants do not object.

The Court finds for the reasons stated that the motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Dismiss without Prejudice [Doc. 20] is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice.

Signed: August 27, 2012

Martin Reidinger
United States District Judge